**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(BOSTON)**

| | |
|---|---|
| EDWARD ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BARRY J. CADDEN, GREGORY | )   Case No: 1:13-cv-10229-FDS |
| CONIGLIARO, LISA CONIGLIARO | ) |
| CADDEN, GLENN A. CHIN, ARL BIO | ) |
| PHARMA, INC. d/b/a ANALYTICAL | ) |
| RESEARCH LABORATORIES, | ) |
| AMERIDOSE LLC, MEDICAL SALES | ) |
| MANAGEMENT, INC., and GDC | ) |
| PROPERTIES MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF**
**ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES**

Please enter my appearance as Lead Attorney for the defendant, ARL Bio Pharma, Inc.

d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled action.

> ARL Bio Pharma, Inc. d/b/a
> Analytical Research Laboratories
> By its attorneys,
>
> */s/ Kenneth B. Walton*
>
> _____
> Kenneth B. Walton, Esq., BBO #562174
> Kristen R. Ragosta, Esq., BBO #664362
> DONOVAN HATEM LLP
> Two Seaport Lane
> Boston, MA  02110
> (617) 406-4500

DATED:  February 19, 2013

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 19, 2013 using the ECF system that sent notification of this filing to all ECF— registered counsel of record via e-mail generated by the Court's ECF system.

                    /s/ *Kristen R. Ragosta*_____
                    *Attorney for ARL Bio Pharma, Inc. d/b/a*
                    *Analytical Research Laboratories*

01506349.DOCX