UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| EDWARD ADAMS,<br>　　　Plaintiff<br><br>v.<br><br>BARRY J. CADDEN, et al.,<br>　　　Defendants | CIVIL ACTION NO.: 1:13-cv-10229-FDS |

**NOTICE OF APPEARANCE**

Now come Robert A. Curley, Jr. and Lisabeth Ryan Kundert and request that their appearance be entered in this matter on behalf of Defendant GDC Properties Management, LLC.

Respectfully submitted,

Robert A. Curley, Jr., Esq., BBO# 109180
Lisabeth Ryan Kundert, Esq., BBO# 549155
Curley & Curley, P.C.
27 School Street, 6th Floor
Boston, MA 02108
617-523-2990
rac@curleylaw.com
lrk@curleylaw.com

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr. hereby certify that I have served a copy of this pleading electronically to all counsel of record.

DATE: 2/22/13

Robert A. Curley, Jr., Esq.